DANBURY SAVINGS AND LOAN ASSOCIATION, INC. *v.*
ENVIRONMENTAL EQUITIES, INC., ET AL.
(13261)

O'CONNELL, LAVERY and HENNESSY, Js.

Argued March 22—decision released April 25, 1995

*Jerome P. Kovacs,* pro se, the appellants (named defendant et al.).

*Robert E. Pace,* with whom, on the brief, was *Kimberly M. Canning,* for the appellee (substitute plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the sole purpose of setting new law days for anyone who has a right to an equity of redemption.